UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>E. WHITE, et al.,<br><br>    Defendants. | No. 2:19-cv-1518 KJM KJN P<br><br><br>ORDER |

On August 29, 2019, plaintiff filed a motion for extension of time to submit an application to proceed in forma pauperis. However, plaintiff previously filed his motion to proceed in forma pauperis on August 12, 2019. (ECF No. 5.) Moreover, on August 22, 2019, the undersigned found that plaintiff had sustained three strikes under 28 U.S.C. § 1915(g), and therefore must pay the court's filing fee in full in order to proceed in this action. (ECF No. 6.) Thus, plaintiff's request for extension of time to submit an application to proceed in forma pauperis is denied as moot. In an abundance of caution, plaintiff is granted thirty days from the date of this order in which to pay the $400.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 9) is denied as moot; and

////

////

2. Plaintiff is granted thirty days from the date of this order in which to submit the appropriate filing fee.

Dated: September 4, 2019

/cruz1518.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE